UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
Dorothy Mae McPhee                              Case No.: 25-18106-CLC
                                                Chapter 13

        Debtor(s).
_____/

**DEBTOR'S EXPEDITED MOTION TO EXTEND AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(c)(3)**

**BASIS FOR EXPEDITED HEARING: AUTOMATIC STAY EXPIRES 8/15/25**

    COME(S) NOW the Debtor(s), Dorothy Mae McPhee, by and through the undersigned attorney, and moves this Court to extend the automatic stay during the pendency of the Chapter 13 plan and in support thereof states as follows:

    1.    The Debtor filed for Chapter 13 bankruptcy protection on July 16, 2025.

    2.    The Debtor's prior case 21-12744 case was dismissed on June 18, 2025 for failure to make post confirmation plan payments upon denial of confirmation of a modified plan. The Debtor filed this new case to prevent the repossession of her vehicle, and to maintain mortgage payments on her homestead both of which are being paid through the new plan.

    3.    There has been a significant change in circumstances which necessitated the filing of this new case. Attached hereto as Exhibit A is a copy of an affidavit of the Debtor describing the change in circumstances, the reason for the prior case dismissal and the new case filing.  This is the Debtor's second chapter 13 case filing.

    4.    The Debtor is now seeking to extend the automatic stay beyond the initial 30 day period through the entire pendency of the chapter 13 plan.  The Debtor does not believe that any creditor would be prejudiced and good faith exists. The Debtor should be afforded another

opportunity to make plan payments, and has the necessary income to properly fund a new plan.

WHEREFORE, the Debtor(s) pray this court grant the relief requested based on the aforementioned grounds and extend the automatic stay beyond the initial 30 day period through the entire pendency of the chapter 13 plan.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served in the manner described below, on  July 22, 2025 , upon:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

Via CM/ECF:
Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Via US Mail:
All other parties of record on the matrix attached hereto as Exhibit B.

*Law Offices of*
**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
**(954) 349-2265**

/s/ Mitchell J. Nowack
MITCHELL J. NOWACK, ESQ.
Florida Bar Number: 099661